Case No. 19-3906

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DANIEL LEMON

    Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY, aka Norfolk Southern Corporation

    Defendant - Appellee

Upon consideration of the motion of Ami N. Wynne to withdraw as counsel for the appellee,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 11, 2020