UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-3906

_____

Filed: May 22, 2020

DANIEL LEMON

    Plaintiff - Appellant                                                3:18cv1029 - JGC

v.

NORFOLK SOUTHERN RAILWAY COMPANY, aka Norfolk Southern Corporation

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/30/2020 the mandate for this case hereby issues today.    Affirmed

COSTS: None